IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JORGE ESCOBIDO-MERIDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:12-cv-869-MEF |
| ) | (WO – Do Not Publish) |
| NORTHERN/LUCAS MACHINE, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Before the Court is non-party Planter's Gin and Warehouse, Inc.'s ("Planter's") Motion for Limited Intervention.  (Doc. #12).  Planter's, by and through its worker's compensation carrier, Argos Insurance Company ("Argos"), seeks to intervene in this products liability diversity action for the purpose of protecting its subrogation interest.  In his complaint (Doc. #1), Plaintiff Jorge Escobido-Merida ("Merida"), who worked for Planter's packaging cotton, alleged that he was injured on the job when his hand was caught in a cotton machine.  Seeking redress for the injuries and lost income he alleges he has suffered as a result of the accident, Merida filed a lawsuit against the cotton machine manufacturer, Defendant Northern/Lucas Machine, Inc. ("Northern") and a worker's compensation claim with Planter's.

The Court finds that Planter's has made a sufficient showing that it is entitled to intervene in this action as a matter of right under Federal Rule of Civil Procedure 24(a)(2). Accordingly, it is hereby ORDERED that Planter's Motion to Intervene (Doc. #12) as a party

plaintiff, for the limited purpose of protecting its subrogation interest, is GRANTED.

DONE this the 14th day of February, 2012.

>    /s/ Mark E. Fuller
>    UNITED STATES DISTRICT JUDGE